Horatio Demarious SMITH,
Plaintiff—Appellant,

v.

Chuck DAMON; et al., Defendants—
Appellees.

No. 05–16512.

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2006.*

Filed April 19, 2006.

Horatio Demarious Smith, Reno, NV, pro se.

Nhu Q. Nguyen, AGNV—Office of the Nevada Attorney General, Carson City, NV, Jennifer L. Scheller, Esq., DOJ—U.S. Department of Justice, Environment & Natural Resources Division, Washington, DC, for Defendants–Appellees.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

## MEMORANDUM **

A review of the record, the response to the court's December 8, 2006 order to show cause and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

